```
MINUTE ENTRY
FALLON, J.
OCTOBER 5, 2016
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                  CRIMINAL ACTION

VERSUS                                    NO. 15-153

GEOFFREY RICKETTS, MARLA RICKETTS,        SECTION: L (5)
SUNYUP KIM and SAMUEL KIM

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:   AUSA Jordan Ginsberg for the government
               Walter Becker, Jr., Esq. for defendant Geoffrey
               Ricketts
               Pauline Hardin, Esq. for defendant Marla Ricketts
               Stephen London, Esq. for defendant Sunyup Kim
               Ralph Capitelli, Esq. for defendant Samuel Kim
               Probation Officer
_____
REARRAIGNMENT AS TO COUNT ONE OF THE INDICTMENT:

Defendants are present to withdraw their former pleas of not
guilty and enter pleas of guilty.
Reading of the Indictment is waived.
The defendants were sworn and questioned by the Court.
The defendants were read a summary of the charges and were
informed of the maximum penalties.
The defendants enter pleas of guilty.
?????  The terms of a plea agreement are disclosed to the Court
and a letter of same is filed into the record.
??? The signed factual basis is filed into the record.
The Court orders Pre-Sentence Investigation Reports for each
defendant.
Sentencings are set for Thursday, JANUARY 5, 2017, at 2:00 pm.
The defendants were released on their original bonds.


JS-10:   :23